UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SCANNED at
and Emailed
8/1/23 by CB . 2 pages
date   initials   No.

```
-------------------------------x
LISHAN WANG,                   :
Plaintiff                      :
                               :   COMPLAINT CIVIL
V.                             :
                               :
MIRIAM DELPHIN-RITTMON,         :   ACTION NO. 3:17-CV-0586-AVC
HELENE VARTELAS,               :
THOMAS WARD-MCKINLAY           :
VICTORIA DREISBACH,            :
DIANA KURLYANDCHIK,            :   DATE: August 2          , 2023
MISTY DELCIAMPO,               :
CLARA MEJIAS,                  :
JUDY HALL,                     :
HEATHER MADISON,               :
Defendants                     :
-------------------------------x
```

## MOTION FOR ADDRESS CHANGE

1. Plaintiff, Lishan Wang, herein respectfully informs the court that his address has been changed due to recent relocation.

2. His <u>new address</u> is: MacDougall Correctional Institution, 1153 East Street South, Suffield, CT 06080.

Respectfully submitted,

_____
Lishan Wang, #375805
Plaintiff
MacDougall CI
1153 East St. South
Suffield, CT 06080

## CERTIFICATION

I hereby certify that on 08/02/20 23 A copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/*

Lishan Wang

MacDougall CI
1153 East St. South
Suffield, CT 06080