UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LISHAN WANG
Plaintiff

   v.                                         3:17CV586 (JAM)

VICTORIA DREISBACH, DIANA
KURLYANDCHIK, MISTY
DELCIAMPO, CLARA MEJIAS, JUDY
HALL, HEATHER MADISON.
Defendant

## J U D G M E N T

This matter came on before the Honorable Jeffrey A. Meyer, United States District Judge, as a result of defendants' Motion for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the Motion. On August 19, 2024, the Court entered an Order granting the defendants' Motion for Summary Judgment, dismissing plaintiff's claims.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants, Dreisbach, Kurlyandchik, Delciampo, Mejias, Hall, and Madison, and against the plaintiff, Lishan Wang, all in accordance with the Court's Order, and this case is closed.

Dated at New Haven, Connecticut, this 19th day of August 2024.

Dinah Milton Kinney, Clerk

By /s/ Diahann Lewis

Deputy Clerk

Entered on Docket 8/19/2024